**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KATHLEEN VITA,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. and BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS HMO BLUE, INC.,<br><br>Defendants. | Case No. 1:25-cv-10420-LTS<br><br>**REQUEST FOR ORAL ARGUMENT** |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. (together "BCBSMA"), through their undersigned counsel, move to dismiss Plaintiff's Amended Complaint. As set forth more fully in the accompanying Memorandum of Law, its exhibits andthe Declaration of Vanessa Lester, BCBSMA moves to dismiss the Amended Complaint in its entirety with prejudice. In support of their motion, BCBSMA states, *inter alia,* as follows:

1. Dismissal of Count I with prejudice under Rule 12(b)(6) is compelled because the Amended Complaint fails to state a claim under the Electronic Privacy Act, 18 U.S.C. § 2511, *et seq.* Particularly, Plaintiff:
    a. Fails to Allege an Unlawful Interception;
    b. Fails to Allege Any Plausible Interception; and
    c. Fails to Allege Use of a Device;
2. Dismissal of Count II with prejudice under Rules 12(b)(6) and 9(b) is compelled because the Amended Complaint fails to state a claim under M.G.L. c. 93A. Particularly, Plaintiff:

a. Fails to allege facts sufficient to show that BCBSMA is engaged in trade or commerce;

b. Fails to allege that BCBSMA engaged in unfair or deceptive conduct, or that BCBSMA's conduct has resulted in any actual loss or injury to Plaintiff; and

c. Failed to serve a compliant Chapter 93A demand letter;

3. Dismissal of Count III with prejudice under Rule 12(b)(6) is compelled because the Amended Complaint fails to state a claim under Massachusetts Privacy Act, M.G.L. c. 214 § 1B;

4. Dismissal of Count IV with prejudice under Rule 12(b)(6) is primarily compelled because the Amended Complaint fails to allege facts sufficient to show that a fiduciary relationship existed between BCBSMA and Plaintiff;

5. Dismissal of Count V with prejudice under Rule 12(b)(6) is compelled because the Amended Complaint fails to state a claim of negligence against BCBSMA. Particularly, Plaintiff:

a. Fails to plead facts giving rise to a duty owed by BCBSMA;

b. Fails to allege causation; and

c. Fails to allege Plaintiff suffered actual harm;

6. Dismissal of Count VI with prejudice under Rule 12(b)(6) is compelled is because a "breach of confidence" cause of action does not exist under Massachusetts law;

7. Dismissal of Count VII with prejudice under Rule 12(b)(6) is compelled because the Amended Complaint fails to state a claim for breach of contract;

8. Dismissal of Count VIII with prejudice under Rule 12(b)(6) is primarily compelled because the Amended Complaint fails to state a claim for unjust enrichment.

9. BCBSMA respectfully requests a hearing for oral arguments on their Motion to Dismiss.

WHEREFORE, BCBSMA respectfully requests that this Court grant the Motion to Dismiss Plaintiff's Amended Complaint and enter an Order dismissing Plaintiff's Amended Complaint with prejudice and granting such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: March 21, 2025

*/s/ Wayne E. George*

Daniel S. Savrin, Bar No. 555434
Wayne E. George, Bar No. 656286
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Telephone: +1.617.341.770
Facsimile: +1.617.341.7701
daniel.savrin@morganlewis.com
wayne.george@morganlewis.com

Ezra D. Church (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
ezra.church@morganlewis.com

*Attorneys for Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2025, I served a copy of the foregoing document via email and electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Wayne E. George*
Wayne E. George