**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KATHLEEN VITA,

Plaintiff,

v.

BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. and BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS HMO BLUE, INC.,

Defendants.

Case No.: 1:25-cv-10420-LTS

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. (collectively "Defendants") submit this notice of supplemental authority to inform the Court of a recent decision that provides additional authority to assist the Court in resolving questions presented in Defendants' motion to dismiss. That decision is *Goulart, et al. v. Cape Cod Healthcare, Inc.*, No. 2:25-cv-10445-RGS, ECF No. 33 (D. Mass. June 24, 2025) (attached as Exhibit A). In this recent decision, the Court (Stearns, D.J.) granted a motion to dismiss under the Electronic Communications Privacy Act ("ECPA") relating to the use of tracking technologies on a healthcare website. In particular, Judge Stearns found that plaintiffs' complaint "fail[ed] to plausibly allege that [defendant's] 'primary motivation' or 'determinative factor' in disclosing plaintiffs' personal health information through the software-tracking technology to Facebook and Google was for the purpose of committing a criminal violation or tort, as opposed to commercial gain or convenience," holding that "commercial purposes or advantages are not the stuff of which a crime-tort is made." *Id.* at 8-10.

Dated: June 27, 2025

*/s/ Daniel S. Savrin*
Daniel S. Savrin, Bar No. 555434
Wayne E. George, Bar No. 656286
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Telephone: +1.617.341.770
Facsimile: +1.617.341.7701
daniel.savrin@morganlewis.com
wayne.george@morganlewis.com

Ezra D. Church (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
ezra.church@morganlewis.com

*Attorneys for Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel S. Savrin, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 27, 2025.

*/s/ Daniel S. Savrin*
Daniel S. Savrin