**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KATHLEEN VITA,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. and BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS HMO BLUE, INC.,<br><br>Defendants. | Case No.: 1:25-cv-10420-LTS |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. (collectively "Defendants") submit this notice of supplemental authority to inform the Court of a recent decision within this District and from Judge Allison Burroughs that provides additional authority to assist the Court in resolving questions presented in Defendants' motion to dismiss. That decision is *McManus v. Tufts Med. Ctr., Inc.*, No. 1:25-cv-10008-ADB, ECF No. 24 (D. Mass. Sept. 29, 2025) (attached as Exhibit A).

In this recent decision, Judge Burroughs granted a motion to dismiss under the Electronic Communications Privacy Act ("ECPA") and other causes of action relating to the use of tracking technologies on a health care website. The Court found that plaintiffs' complaint "does not assert facts sufficient to support the inference that [defendant] intended to commit a criminal or tortious act or that disclosing private medical information to third parties was the 'primary motivation' or a 'determinative factor' in [defendant's] decision to record health care consumers' communications using various tracking technologies." *Id.* at 5-6. Because plaintiff failed to allege that defendant's "primary motivation" or "determinative factor" was not criminal or tortious,

Judge Burroughs dismissed plaintiff's ECPA claim and declined to exercise supplemental jurisdiction over the remaining state law claims. *Id.* at 7-8.

Dated: October 1, 2025

*/s/ Daniel S. Savrin*
Daniel S. Savrin, Bar No. 555434
Wayne E. George, Bar No. 656286
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Telephone: +1.617.341.770
Facsimile: +1.617.341.7701
daniel.savrin@morganlewis.com
wayne.george@morganlewis.com

Ezra D. Church (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
ezra.church@morganlewis.com

*Attorneys for Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel S. Savrin, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 1, 2025.

*/s/ Daniel S. Savrin*
Daniel S. Savrin